**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**KATIE SESAY**                                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:10-CV-0728 BSM**

**BRAD HENDRICKS, P.A. d/b/a**
**BRAD HENDRICKS LAW FIRM; and**
**BRAD HENDRICKS**                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendants Brad Hendricks, P.A. d/b/a Brad Hendricks Law Firm and Brad Hendricks. Defendants' motion for summary judgment is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 31st day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE